**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**BOWLING GREEN DIVISION**
**CIVIL ACTION NO.** 1:23CV-51-GNS

**PATSY MORAN for the Estate of**
**DAVID C. MORAN; and**
**PATSY MORAN, Individually.**                                         **PLAINTIFF**

v.

**KENTUCKY STATE POLICE,**
**and TROOPER JAMES FORD**                                            **DEFENDANTS**

**NOTICE OF REMOVAL**

Come the Defendants, the Kentucky State Police and Trooper James Ford, by counsel, and state that:

1.  The Kentucky State Police and Trooper James Ford are all of the defendants in Commonwealth of Kentucky, Green Circuit Court, Civil Action No. 23-CI-00035, *Moran v. Kentucky State Police, et al*.

2.  This action was filed on April 6, 2023, and a summons was issued on April 6, 2023, and served on April 12, 2023, on Trooper Ford by U.S. Mail, in accordance with Kentucky Rule of Civil Procedure 4.04. The Kentucky State Police have not been properly served or properly joined in the state court action, but hereby consent to this removal.

3.  This removal is timely as 28 U.S.C. § 1446(b) provides that removal must occur within thirty days of receipt of the complaint.

4.  The above-described action is a civil rights case under 42 U.S.C. § 1983, setting out alleged violations of the Plaintiff's Fourth and Fourteenth Amendment rights, as well as a conspiracy to violate civil rights, under 42 U.S.C. § 1985, and state-law claims for assault loss of

consortium, excessive execution, assault, battery, false imprisonment, wrongful death, and violation of state criminal laws.

5. This Court has original jurisdiction of the above-entitled action pursuant to 28 U.S.C. § 1331 because the 42 U.S.C. § 1983 claims arise under the Constitution and laws of the United States. This Court has supplemental jurisdiction over the other claims pursuant to 28 U.S.C. § 1367(a) because they arise from the event and are so related to the 42 U.S.C. § 1983 claims that they form part of the same case or controversy. Thus, removal of the action to this Court is proper pursuant to 28 U.S.C. § 1441(a).

6. Copies of the process and pleadings from the Green Circuit Court case that have been received by the Defendant are attached and collectively identified as Exhibit 1. These copies are not certified but can be supplemented if necessary.

7. Pursuant to LR 3.1, this Court is the District Court for the district embracing Green County, Commonwealth of Kentucky, in which the state court action is presently pending.

8. The Defendants expressly reserves their right to raise all defenses and objections in this action, including qualified and absolute immunities, after it is removed to this Court.

**WHEREFORE**, Defendants Kentucky State Police and Trooper James Ford have removed this action from the Green Circuit Court, Commonwealth of Kentucky, to this Court. The Defendants, by motion or otherwise, will request that this Court dismiss the case, order Plaintiffs to pay the costs of removal, and award their reasonable costs, attorney's fees and any other relief to which he is entitled.

Respectfully submitted,

/s/ *Lauren Lewis*
Lauren Lewis, KBA #97909
Brenn O. Combs, KBA #87656
Department of Kentucky State Police

Legal Office
919 Versailles Road
Frankfort, KY 40601
(502) 782-1800
(502) 573-1636 facsimile
Brenn.combs@ky.gov
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that on April 18, 2023, I electronically filed this document with the clerk of the court by using the CM/ECF System. I further certify that I mailed this document and the notice of electronic filing by first class mail, postage pre-paid, to the following:

Martha Marie Eastman
Eastman Law Office, PSC
3721 Taylorsville Road
Louisville, Kentucky 40205
*Counsel for Plaintiff*

      /s/ *Lauren Lewis*
      Lauren Lewis